## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Indag GmbH & Co. Betriebs KG, et al.

                                  Plaintiff,

v.                                                                         Case No.: 1:15−cv−04973
                                                                        Honorable Amy J. St. Eve

Ima S.p.A, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Parties' motion to set briefing schedule [27] is granted. Defendants' motion to dismiss [24] is entered. Response by 9/29/15. Reply by 10/13/15. Status hearing set for 9/16/15 is stricken and reset to 12/17/15 at 8:30 a.m. No appearance is required on the 9/10/15 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.